UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SERIES 15-09-321

        Plaintiffs

v.

HARTFORD FINANCIAL SERVICE
 GROUP, INC,
HARTFORD FIRE INSURNCE COMPANY,
HARTFORD INSURANCE COMPANY
OF THE MIDWEST,
HARTFORD INSURNCE COMPANY
 OF THE SOUTHEAST,
HARTFORD UNDERWRITERS
INSURANCE COMPANY,
TWIN CITY FIRE INSURANCE COMPANY,

        Defendants.

Case No. 3:23-cv-1342 VAB

## JUDGMENT

This matter came on for consideration before the Honorable Victor A. Bolden, United States District Judge.  On March 22, 2024, the defendants filed a motion TO Dismiss plaintiff's amended complaint. On November 22, 2024, the court entered an order granting the motion to dismiss in favor of the defendants and dismissed plaintiff's claims without leave to amend.

It is therefore ORDERED, ADJUDGED and DECREED that judgment is entered, and the case is closed.

Dated at New Haven, Connecticut, this 27th day of November 2024.

Dinah M. Kinney, Clerk

By: /s/ Tatihana Murphy
Tatihana Murphy
Courtroom Deputy

EOD:  11/27/2024